IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )
) Case No. CR-13-129-F
WYETH PHARMACEUTICALS INC. ) **FILED UNDER SEAL**
A SUBSIDIARY OF WYETH LLC, )
)
    Defendant. )
)

**FILED**
JUL 1 0 2013
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

**SEALED**

## DEFENDANT'S CONSENT TO SUBMITTING PRESENTENCE REPORT TO THE COURT PRIOR TO A PLEA OF GUILTY AND WAIVER OF 35-DAY PERIOD TO REVIEW PRESENTENCE REPORT BEFORE SENTENCING

Respectfully submitted,

ROBERT G. MCCAMPBELL, OBA #10390
-Of the Firm-
FELLERS SNIDER, P.C.
100 North Broadway Ave., Ste. 1700
Oklahoma City, Oklahoma 73102
(405) 232-0621
(405) 232-9659 (Facsimile)

-AND-

JOSHUA S. LEVY, *admitted Pro Hac Vice*
-Of the Firm-
ROPES & GRAY, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7281
(617) 235-0441 (Facsimile)

**ATTORNEYS FOR DEFENDANT
WYETH PHARMACEUTICALS, INC.**

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. CR-13-129-F |
| WYETH PHARMACEUTICALS INC. ) | **FILED UNDER SEAL** |
| A SUBSIDIARY OF WYETH LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S CONSENT TO SUBMITTING PRESENTENCE REPORT TO THE COURT PRIOR TO A PLEA OF GUILTY AND WAIVER OF 35-DAY PERIOD TO REVIEW PRESENTENCE REPORT BEFORE SENTENCING

Comes now the defendant, Wyeth Pharmaceuticals, Inc., and pursuant to Fed. R. Crim. Pro. 32(e)(1), hereby consents to the probation office submitting the final presentence report in Case No. CR-13-129-F to the Court for review prior to the entry of a plea of guilty.

The Defendant also hereby waives the requirement under Fed. R. Crim. Pro. 32(e)(2) that the Defendant be given at least 35 days to review the presentence report before sentencing.

Respectfully submitted,

/s/ Robert McCampbell
ROBERT G. MCCAMPBELL, OBA #10390
-Of the Firm-
FELLERS SNIDER, P.C.
100 North Broadway Ave., Ste. 1700
Oklahoma City, Oklahoma 73102
(405) 232-0621
(405) 232-9659 (Facsimile)

-AND-

JOSHUA S. LEVY, *admitted Pro Hac Vice*
-Of the Firm-
ROPES & GRAY, LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7281
(617) 235-0441 (Facsimile)

**ATTORNEYS FOR DEFENDANT
WYETH PHARMACEUTICALS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2013, the foregoing was filed under seal with the Court and a Notice of Electronic Filing to the ECF registrants.

_____
Robert G. McCampbell